UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTO ISIDRO,<br><br>          Plaintiff,<br><br>   v.<br><br>L. BIRD, et al.,<br><br>          Defendants. | Case No.: 1:23-cv-00933-SKO<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 26) |

On May 2, 2025, counsel for Defendants D. Acquaviva, A. Perez, N. Walker, and J. Yawell filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 26.) The stipulation is signed and dated by Plaintiff Isidro Soto and Brittany Boiko, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  __**May 5, 2025**__                    _____*/s/ Sheila K. Oberto*_____

UNITED STATES MAGISTRATE JUDGE